GLENN, *et al.*, *v.* CASE, *admx.*

*Appeal from Independence Circuit Court.*

Hon. RICHARD H. POWELL, Circuit Judge.

WATKINS & ROSE, for appellants.

WASSELL & MOORE, for appellee.

WILSHIRE, C. J.

The only question presented in this case is precisely the same as that determined in *William W. Glenn v. Sarah Case, admx., &c.*, decided at the present term. The decision in that case is the law of this case.

Let the judgment be affirmed.